| Prob 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 07-00005-01-CR-W-ODS |
|---|---|---|
| **TRANSFER OF JURISDICTION** Judge Graham | | DOCKET NUMBER (Rec. Court) 2 : 15 cr 2 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE HASSAN-NUR H. MOHAMED 5768 Pine Tree Street South, Apt. B Columbus, OH 43229 | DISTRICT Western District of Missouri | DIVISION WESTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ortrie D. Smith | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | From 09/20/2013 · To 09/19/2017 |

**OFFENSE**

ARMED BANK ROBBERY; USE OF A FIREARM DURING A CRIME OF VIOLENCE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio                                        upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 1/5/2015 | /s/ Ortrie D. Smith |
|---|---|
| Date | Ortrie D. Smith Senior U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

| 1-8-15 | James a. Graham |
|---|---|
| Effective Date | |

RECEIVED

JAN 0 7 2015

JOHN P. HEHMAN, CLERK
COLUMBUS, OHIO