# U.S. District Court
## Western District of Missouri (Kansas City)
### CRIMINAL DOCKET FOR CASE #: 4:07-cr-00005-ODS-1

Case title: USA v. Mohamed
Magistrate judge case number: 4:06-mj-00207-JTM

Date Filed: 01/04/2007
Date Terminated: 11/07/2007

---

Assigned to: District Judge Ortrie D. Smith

**Defendant (1)**

| | |
|---|---|
| **Hassan-Nur H. Mohamed**<br>*TERMINATED: 11/07/2007* | represented by **Jack Francis West**<br>748 Ann Avenue<br>Kansas City, KS 66101<br>(913) 371-1930<br>Fax: (913) 371-0147<br>Email: jackwest.attorney@hotmail.com<br>*TERMINATED: 01/11/2007*<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment*<br>*Bar Status: Active*<br><br>**Kenton M. Hall**<br>926 Cherry Street<br>Kansas City, MO 64106<br>(816) 472-3528<br>Fax: (816) 472-3516<br>Email: kenton.m.hall@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(1) | Count 1 is dismissed on the motion of the United States. |
| BANK ROBBERY BY FORCE OR VIOLENCE<br>(2) | The defendant pleaded guilty to Count 2 & 3(05/24/2007) of the Indictment.<br>**IMPRISONMENT:** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 33 months on Count 2. The defendant is committed to custody for a term of 60 months on |

|   |   |
|---|---|
| BANK ROBBERY BY FORCE OR VIOLENCE (3) | count 3, to run consecutively with count 2. Total term of imprisonment: 93 months. The Court recommends to the Bureau of Prisons: Upon application, the defendant be allowed to participate in the 500 Hour IntensiveSubstance Abuse Program and if possible near Columbus, OH to be near family. The defendant is remanded to the custody of the United States Marshal. **SUPERVISED RELEASE:** Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 Years on count 2. The defendant shall be on supervised release for a term of 4 years on count 3, to run concurrently with count 2. STANDARD CONDITIONS OF SUPERVISION. ADDITIONAL CONDITIONS OF SUPERVISED RELEASE. MSA: $200.00. No fines. No restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None |   |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| The defendants willfully knowingly, and unlawfully, by force and violence, and by intimidation, take money in the amount of $45,441.00, from the person and presence of employees at the Bank of America, 661 N.W. 55th Terrace, Kansas City, Clay County, Missouri, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), and in committing the foregoing offense, defendants assaulted and put in jeopardy the lives of Bank of America |   |

employees, by use of a dangerous
weapon, that is, handguns;

**Plaintiff**

| USA | represented by | **Kenneth Michael Warner**<br>United States Attorney's Office<br>400 E. 9th<br>5th Floor<br>Kansas City, MO 64106<br>(816)426-4258<br>Fax: (816)426-3126<br>Email: mike.warner@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Inactive* |
|---|---|---|

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/26/2006 | 1 | 8 | REDACTED COMPLAINT - **THIS IS A REDACTED VERSION OF THE DOCUMENT IN COMPLIANCE WITH THE PRIVACY POLICY OF NOVEMBER 1, 2004,** as to Abdisalan A. Mohamed (1), Hassan-Nur H. Mohamed (2). (Attachments: # 1 Affidavit of Michael G. Mrachek) (Beard, Melanie) [4:06-mj-00207-JTM] (Entered: 12/27/2006) |
| 12/26/2006 | 2 | | UNREDACTED COMPLAINT (SEALED)as to Abdisalan A. Mohamed, Hassan-Nur H. Mohamed. (Attachments: # 1 Affidavit of Michael G. Mrachek) (Beard, Melanie) [4:06-mj-00207-JTM] (Entered: 12/27/2006) |
| 12/26/2006 | 7 | | Minute Entry for proceedings held before Judge John T. Maughmer : INITIAL APPEARANCE as to Abdisalan A. Mohamed, Hassan-Nur H. Mohamed held on 12/26/2006. Financial Affidavits completed by the court. Both defendants qualify for appointment of counsel. Government's motions for detention hearing and continuation of detention hearing are GRANTED. Detention Hearing and Preliminary Examination set for 12/28/2006 01:30 PM in Courtroom 7E, Kansas City (JTM) before Judge John Maughmer. (Court Reporter K. Martinez) (Martinez, Kerry) [4:06-mj-00207-JTM] (Entered: 12/28/2006) |
| 12/26/2006 | 9 | | AFFIDAVIT of Financial Status of Hassan-Nur H. Mohamed. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Martinez, Kerry) [4:06-mj-00207-JTM] (Entered: 12/28/2006) |
| 12/26/2006 | 11 | | ORDER APPOINTING COUNSEL UNDER CJA as to Hassan-Nur H. Mohamed. Jack Francis West for Hassan-Nur H. Mohamed appointed. Signed by Judge John T. Maughmer on 12/26/06. (Martinez, Kerry) [4:06-mj-00207-JTM] (Entered: 12/28/2006) |
| 12/26/2006 | 12 | | ORDER granting 3 motion for detention hearing as to Abdisalan A. Mohamed (1); granting 5 motion to continue detention hearing as to Abdisalan A. Mohamed (1); granting 4 motion for detention hearing as to Hassan-Nur H. |

| | | | |
|---|---|---|---|
| | | | Mohamed (2); granting 6 motion to continue detention hearing as to Hassan−Nur H. Mohamed (2). Detention hearing is set for 12/28/06 at 1:30 pm in courtroom 7E (JTM) before Judge Maughmer. Signed by Judge John T. Maughmer on 12/26/06. (Martinez, Kerry) [4:06−mj−00207−JTM] (Entered: 12/28/2006) |
| 12/26/2006 | 13 | | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Abdisalan A. Mohamed, Hassan−Nur H. Mohamed. Signed by Judge John T. Maughmer on 12/26/06. (Martinez, Kerry) [4:06−mj−00207−JTM] (Entered: 12/28/2006) |
| 12/27/2006 | 4 | | MOTION for detention hearing by USA as to Hassan−Nur H. Mohamed. Suggestions in opposition/response due by 1/11/2007 unless otherwise directed by the court. (Beard, Melanie) [4:06−mj−00207−JTM] (Entered: 12/27/2006) |
| 12/27/2006 | 6 | | MOTION to continue detention hearing by USA as to Hassan−Nur H. Mohamed. Suggestions in opposition/response due by 1/11/2007 unless otherwise directed by the court. (Beard, Melanie) [4:06−mj−00207−JTM] (Entered: 12/27/2006) |
| 12/28/2006 | 14 | | Minute Entry for proceedings held before Judge John T. Maughmer : DETENTION HEARING AND PRELIMINARY EXAMINATION as to Abdisalan A. Mohamed, Hassan−Nur H. Mohamed held on 12/28/2006. Government's motions for detention are GRANTED. Probable cause established. Defendant's remanded to custody. (Court Reporter K. Martinez) (Martinez, Kerry) [4:06−mj−00207−JTM] (Entered: 12/29/2006) |
| 12/28/2006 | 15 | | GOVERNMENT'S EXHIBIT INDEX as to Abdisalan A. Mohamed, Hassan−Nur H. Mohamed. Exhibit one offered and admitted without objection. Exhibit returned to counsel at conclusion of hearing. This is a text entry only, no document is attached. Document containing original signature maintained in clerk's office file. (Martinez, Kerry) [4:06−mj−00207−JTM] (Entered: 12/29/2006) |
| 01/04/2007 | 16 | | INDICTMENT − **THIS IS A REDACTED VERSION OF THE DOCUMENT IN COMPLIANCE WITH THE PRIVACY POLICY OF NOVEMBER 1, 2004,** as to Hassan−Nur H. Mohamed (1) count(s) 1, 2−3. (Attachments: # 1 Criminal Cover Sheet) (Jones, Robin) (Entered: 01/05/2007) |
| 01/04/2007 | 17 | | UNREDACTED INDICTMENT (SEALED) as to Hassan−Nur H. Mohamed. (Jones, Robin) (Entered: 01/05/2007) |
| 01/05/2007 | 18 | | NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Initial Appearance and Arraignment set for 1/9/2007 10:30 AM in Courtroom 7E, Kansas City (JTM) before Judge John Maughmer. (Martinez, Kerry) (Entered: 01/05/2007) |
| 01/09/2007 | 19 | | MOTION to withdraw as attorney *for Hassan−Nur Mohamed* by Jack West. by Hassan−Nur H. Mohamed. Suggestions in opposition/response due by 1/24/2007 unless otherwise directed by the court. (West, Jack) (Entered: 01/09/2007) |
| 01/09/2007 | 20 | | Minute Entry for proceedings held before Judge John T. Maughmer : INITIAL APPEARANCE Indictment as to Hassan−Nur H. Mohamed not held on |

| | | | |
|---|---|---|---|
| | | | 1/9/2007. Parties present in person and with counsel. Defense counsel, Jack West, advises the Court of a conflict of interest that came up when he was reviewing the case. Mr. West has explained the conflict to the defendant. The defendant would prefer to have this hearing with new counsel. The Court advises Mr. West to file a written motion to withdraw. Once motion is filed, an order granting withdrawal and to appoint new counsel will be entered. First appearance indictment and arraignment is not held this date, it will be reset as soon as possible. Court adjourns. (Court Reporter B. Rowland.) (Rowland, Bonnie) (Entered: 01/10/2007) |
| 01/11/2007 | 21 | | ORDER granting 19 motion to withdraw as attorney. Jack Francis West withdrawn from case. as to Hassan–Nur H. Mohamed (1). Kenton Hall is appointed to represent the defendant for all further proceedings. Signed by Judge John T. Maughmer on 1/11/07. (Martinez, Kerry) (Entered: 01/11/2007) |
| 01/11/2007 | | | Attorney update in case as to Hassan–Nur H. Mohamed. Attorney Kenton M. Hall for Hassan–Nur H. Mohamed added. (Martinez, Kerry) (Entered: 01/11/2007) |
| 01/12/2007 | 23 | | Minute Entry for proceedings held before Judge John T. Maughmer : INITIAL APPEARANCE AND ARRAIGNMENT as to Hassan–Nur H. Mohamed (1) Count 1,2–3 held on 1/12/2007. Plea of not guilty entered and accepted by the court.Case set for trial on 2/12/07. Scheduling Conference set for 1/22/2007 11:00 AM in Courtroom 7E, Kansas City (JTM) before Judge John Maughmer. (Court Reporter K. Martinez) (Martinez, Kerry) (Entered: 01/17/2007) |
| 01/12/2007 | 24 | | ORDER as to Hassan–Nur H. Mohamed. Scheduling Conference set for 1/22/2007 11:30 AM in Courtroom 7E, Kansas City (JTM) before Judge John Maughmer. Signed by Judge John T. Maughmer on 1/12/07. (Martinez, Kerry) (Entered: 01/17/2007) |
| 01/17/2007 | 22 | | ORDER OF DETENTION as to Hassan–Nur H. Mohamed. Signed by Judge John T. Maughmer on 1/9/07. (Rollheiser, Sandy) (Entered: 01/17/2007) |
| 01/18/2007 | 25 | | MOTION to continue *Jury Trial* by Hassan–Nur H. Mohamed. (Hall, Kenton) (Entered: 01/18/2007) |
| 01/22/2007 | 26 | | Minute Entry for proceedings held before Judge John T. Maughmer : SCHEDULING CONFERENCE as to Hassan–Nur H. Mohamed held on 1/22/07. Defendant's motion to continue the trial setting in this matter is GRANTED. Trial is set for 6/4/07. (Court Reporter K. Martinez) (Martinez, Kerry) (Entered: 01/22/2007) |
| 01/29/2007 | 27 | | SCHEDULING AND TRIAL ORDER as to Hassan–Nur H. Mohamed granting (25) motion to continue the trial. Accelerated Jury Trial continued from 2/12/07 to 6/4/2007. See Order for deadlines. Signed by Judge John T. Maughmer on 1/29/07. (Rollheiser, Sandy) (Entered: 01/29/2007) |
| 03/21/2007 | 28 | | CJA 20 as to Hassan–Nur H. Mohamed: Authorization to pay Jack West. Total amount: $512.53: $506.00 in fees and $6.53 in expenses. Voucher #07MOW269. Check #73174525. Check date: 2/6/07. This is a text entry only – the document is being maintained in the finance office at the court. Signed by Judge Ortrie D. Smith on 1/30/07. (Ledford, Annie) (Entered: 03/21/2007) |
| 05/07/2007 | 29 | | |

| | | | |
|---|---|---|---|
| | | | ORDER setting pretrial conference as to Hassan−Nur H. Mohamed: Pretrial Conference set for 5/24/2007 11:15 AM in Courtroom 7E, Kansas City (JTM) before Judge John Maughmer. Signed by Judge John T. Maughmer on May 7, 2007. (Rowland, Bonnie) (Entered: 05/07/2007) |
| 05/21/2007 | 30 | | NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Change of Plea Hearing set for Thursday, 5/24/2007 10:15 AM in Courtroom 8C, Kansas City (ODS) before Judge Ortrie Smith. (Will−Fees, Eva) (Entered: 05/21/2007) |
| 05/24/2007 | 31 | | Minute Entry for proceedings held before Judge Ortrie D. Smith : CHANGE OF PLEA HEARING as to Hassan−Nur H. Mohamed held on 5/24/2007, Plea entered by Hassan−Nur H. Mohamed (1) Guilty Count 2−3. Sentencing date: Friday, 08/31/2007 at 9:30 a.m. (Court Reporter Cynthia Johnson.) (Will−Fees, Eva) (Entered: 05/24/2007) |
| 05/24/2007 | 32 | | NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Change of Plea Hearing set for Friday, 8/31/2007 09:30 AM in Courtroom 8C, Kansas City (ODS) before Judge Ortrie Smith. (Will−Fees, Eva) (Entered: 05/24/2007) |
| 05/24/2007 | 33 | | AMENDED NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. **Sentencing set for Friday, 8/31/2007 09:30 AM in Courtroom 8C, Kansas City (ODS) before Judge Ortrie Smith. (Will−Fees, Eva) (Entered: 05/24/2007) |
| 08/23/2007 | 34 | | AMENDED NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Sentencing set for Wednesday, 9/12/2007 11:30 AM in Courtroom 8C, Kansas City (ODS) before Judge Ortrie Smith. (Will−Fees, Eva) (Entered: 08/23/2007) |
| 08/30/2007 | 35 | | AMENDED NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Sentencing set for Thursday, 10/25/2007 10:00 AM in Courtroom 8C, Kansas City (ODS) before Judge Ortrie Smith. (Will−Fees, Eva) (Entered: 08/30/2007) |
| 10/15/2007 | 36 | | AMENDED NOTICE OF HEARING as to Hassan−Nur H. MohamedThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Sentencing set for Wednesday, 11/7/2007 02:00 PM in Courtroom 8C, Kansas City (ODS) before Judge Ortrie Smith. (Will−Fees, Eva) (Entered: 10/15/2007) |
| 11/07/2007 | 37 | | SEALED PLEA AGREEMENT *(signed 5−24−07)* as to Hassan−Nur H. Mohamed (Warner, Kenneth) Modified on 11/7/2007 to seal the document (Kee, Georgia). (Entered: 11/07/2007) |
| 11/07/2007 | 38 | | Minute Entry for proceedings held before Judge Ortrie D. Smith : SENTENCING held on 11/7/2007 for Hassan−Nur H. Mohamed (1), Count(s) 1, 2−3. (Court Reporter Katie Wirt.) (Baldwin, Joella) (Entered: 11/08/2007) |

| | | | |
|---|---|---|---|
| 11/07/2007 | 39 | 16 | JUDGMENT and COMMITMENT as to Hassan−Nur H. Mohamed (1). Counts 1, 2, 3. Count 1 is dismissed on the motion of the United States.; Count(s) 2, The defendant pleaded guilty to Count 2 & 3(05/24/2007) of the Indictment. **IMPRISONMENT:** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 33 months on Count 2. The defendant is committed to custody for a term of 60 months on count 3, to run consecutively with count 2. Total term of imprisonment: 93 months. The Court recommends to the Bureau of Prisons: Upon application, the defendant be allowed to participate in the 500 Hour IntensiveSubstance Abuse Program and if possible near Columbus, OH to be near family. The defendant is remanded to the custody of the United States Marshal. **SUPERVISED RELEASE:** Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 Years on count 2. The defendant shall be on supervised release for a term of 4 years on count 3, to run concurrently with count 2. STANDARD CONDITIONS OF SUPERVISION. ADDITIONAL CONDITIONS OF SUPERVISED RELEASE. MSA: $200.00. No fines. No restitution. (Baldwin, Joella) (Entered: 11/08/2007) |
| 02/26/2008 | 40 | | CJA 20 as to Hassan−Nur H. Mohamed: Authorization to pay Kenton Hall. Total amount: $3,988.80: $3,988.80 in fees and $0.00 in expenses. Voucher #08MOW238. Check #73297304. Check date: 1/23/08. This is a text entry only − the document is being maintained in the finance office at the court. Signed by District Judge Ortrie D. Smith on 1/9/08. (Ledford, Annie) (Entered: 02/26/2008) |
| 04/22/2008 | 41 | | JUDGMENT RETURNED executed as to Hassan−Nur H. Mohamed on 4/14/2008. This is a text entry only − the document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Baldwin, Joella) (Entered: 04/22/2008) |
| 04/02/2010 | 42 | | MOTION for order for resentencing by Hassan−Nur H. Mohamed. Suggestions in opposition/response due by 4/19/2010 unless otherwise directed by the court. (Kee, Georgia) (Entered: 04/12/2010) |
| 04/12/2010 | 43 | | ORDER denying 42 motion for order for resentencing as to Hassan−Nur H. Mohamed (1). Signed on 4/12/10 by District Judge Ortrie D. Smith. (Kee, Georgia) (Entered: 04/12/2010) |
| 01/29/2015 | 46 | 23 | PROBATION JURISDICTION transferred to Southern District of Ohio as to Hassan−Nur H. Mohamed. (Martin, Jan) (Entered: 02/02/2015) |