# United States District Court

WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA
v.
ABDISALAN A. MOHAMED
[DOB: XX/XX/1983]

and

HASSAN-NUR H. MOHAMED
[DOB: XX/XX/1982]

**CRIMINAL COMPLAINT**

Case Number: 06-00207-JTM-01/02
18 U.S.C. §§ 2113(a), (d) and 2
NMT: Twenty-Five Years Imprisonment
NMT: $250,000 Fine
NMT: Five Years Supervised Release
$100 Special Penalty Assessment
Class B Felony

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 22, 2006, in Kansas City, Clay County, Missouri, in the Western District of Missouri, defendants herein did,

willfully knowingly, and unlawfully, by force and violence, and by intimidation, take money in the amount of $45,441.00, from the person and presence of employees at the Bank of America, 661 N.W. 55th Terrace, Kansas City, Clay County, Missouri, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), and in committing the foregoing offense, defendants assaulted and put in jeopardy the lives of Bank of America employees, by use of a dangerous weapon, that is, handguns;

all in violation of Title __18__, United States Code, Sections __2113(a), (d) and 2__.

I further state that I am a __Special Agent of the FBI__ and that this complaint is based on the following facts:

(See attached affidavit.)

**Continued on the attached sheet and made a part hereof:** ☒ Yes ☐ No

/s/ Michael G. Mrachek
**MICHAEL G. MRACHEK, Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

December 26, 2006     at     Kansas City, Missouri
Date                                                                 City and State

**HONORABLE JOHN T. MAUGHMER**
United States Magistrate Judge           /s/ John T. Maughmer
Name and Title of Judicial Officer         Signature of Judicial Officer

# A F F I D A V I T

STATE OF MISSOURI   )
                    ) ss
COUNTY OF CLAY      )

I, Michael G. Mrachek, Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and say:

1) I am currently assigned to violent crimes investigations in the Kansas City Division of the FBI. I have been a SA with the FBI for approximately 9½ years. Prior to joining the FBI, I was employed as a deputy sheriff in the state of Iowa for six years.

2) This affidavit is in support of a Complaint for both Abdisalan A. Mohamed, black male, date of birth (DOB) XXXX X, 1983, Social Security Account Number (SSAN) XXX-XX-XXXX, 6'3", 150 pounds, black hair, brown eyes, and Hassan-nur H. Mohamed, black male, DOB XXXX X, 1982, SSAN XXX-XX-XXXX, 5'11", 155, black hair, brown eyes, for violation of Title 18 of the United States Code, Section 2113 (a), (d) and 2, Armed Bank Robbery.

3) On December 22, 2006, your affiant interviewed XXXX X. XXXX, Sales & Service Associate, Bank of America, 661 NW 55th Terrace, Kansas City, Missouri. XXXX advised the following during the interview:

A) On December 22, 2006, at approximately 10:15 a.m., XXXX was helping a customer at her Bank of America teller station, when two robbers entered the lobby of the bank. The first robber who entered the bank (robber #1) carried a gray semi-automatic handgun in his right hand. Robber #1 immediately announced "this is a robbery", and then ordered all of the bank employees to the floor. Robber #1 subsequently jumped over the wooden teller gate and arrived behind the teller counter area. XXXX noted that robber #1 had difficulty jumping over this teller gate. XXXX described robber #1 as a black male with a thin build, between 6'0" and 6'2", who wore a dark "hoody", black gloves, black sweat pants, and a dark ski mask which completely covered his face. Robber #1 also carried a black bag, possibly a canvas-type bag. XXXX thought robber #1 was a black male because of the way he talked.

B) Robber #1 then confronted XXXX at her teller station, which was located nearest to the above-described wooden gate. Robber #1 immediately demanded money from XXXX, at which time XXXX pulled out her top drawer. After collecting money from XXXX's top drawer, robber #1 said something similar to, "that's not enough money." XXXX then unlocked her second lower drawer, after which the robber also collected the money from this location. Robber #1, followed by XXXX, then moved to BOA employee XXXX XXXX's teller station, where he (robber #1) collected money from both of XXXX's teller drawers (upper and lower drawers). After collecting money from this second set of teller drawers, robber #1, still being followed by XXXX, walked toward the rear of the bank, where the drive-up window teller station was located. After robber #1 demanded money from this teller station, XXXX and drive-up window teller XXXX XXXX provided robber #1 with money from XXXX's top drawer. Prior to leaving the area behind the teller counter, robber #1 wanted XXXX to open the bank's vault. XXXX told robber #1 that the bank employee who knew the combination to the vault was not in the bank, and had gone to lunch. Before exiting from behind the teller counter, robber #1 asked XXXX to open the wooden gate, after which XXXX opened the gate and gave him (robber #1) easy access to the main lobby area.

C) While robber #1 was collecting money from the various teller stations, robber #2 stayed in the banks's main lobby area. On several occasions throughout the robbery, robber #2 stated, "hurry up, the cops are coming." XXXX described robber #2 as a black male, shorter than robber #1, medium build, wearing a dark "hoody", dark gloves, and a dark face mask. Robber #2 carried an unknown color semi-automatic handgun, possibly a .45 caliber handgun. XXXX thought both robbers were possibly in their mid 20's.

D) After robber #1 departed from behind the teller counter, both robbers (#1 and #2) left the bank. XXXX then obtained the bank keys from another BOA employee and locked the bank's doors. XXXX noted that the customer whom she was helping at the time of the robbery, XXXX XXXX, somehow left the bank during the course of the robbery.

4) On December 22, 2006, your affiant interviewed BOA customer XXXX X. XXXX, who was present in the BOA parking lot at the time of the robbery. XXXX advised the following during the interview:

XXXX had just completed his bank business and was preparing to enter into his vehicle, when he observed two unknown individuals in dark clothing, one of whom was carrying a black bag, running toward the BOA entrance. The two unknown individuals appeared to have just arrived at the bank in a green Ford 250 pick-up truck, which was parked in front of the bank. XXXX was certain the bank was about to be robbed, and pulled up behind the green pick-up truck and recorded its license plate, which XXXX provided as XXXXXX (Missouri). XXXX subsequently drove to a nearby parking lot and attempted to call 911 on his cellular telephone. For unknown reasons, XXXX could not make contact with a dispatcher.

5) On December 22, 2006, SA Casey R. Brown interviewed XXXX XXXX regarding the above-described BOA robbery. XXXX advised the following during the interview:

A) XXXX was present at the Quik Trip, which is located just east, and across the street from the BOA. XXXX was preparing to travel westbound on Englewood Drive, when he observed an unknown individual wearing a hood and face mask exit the BOA and run toward a vehicle in the BOA parking lot. XXXX then observed the same unknown individual run back into the bank. XXXX also at one point observed what he thought was a customer leave the bank and run over toward the above-described Quik Trip. XXXX quickly realized that the BOA was probably being robbed, and shortly thereafter, drove his vehicle into the BOA parking lot in order to obtain the license plate of a green F-250 pick-up truck. XXXX had just observed the robber run toward this green F-250 pick-up truck from the nearby Quik Trip. Upon obtaining the license plate of the green F-250 pick-up truck, XXXX called 911 and provided the license plate to the dispatcher. XXXX then drove to a parking lot just east of the BOA and waited for the robber(s) to exit the bank.

B) XXXX subsequently observed two robbers exit BOA and enter into the green F-250 pick-up truck. The two robbers wore dark blue or green hooded sweatshirts, something dark over their faces, with one robber carrying a bag. XXXX followed the green F-250 pick-up truck west on Englewood Drive, then south on Waukomis Drive, and finally into the Englewood Apartments, which is located along Waukomis Drive. XXXX parked his vehicle south of the Englewood Apartments entrance. Shortly thereafter, XXXX observed a silver Dodge Intrepid exit the Englewood Apartments at a high rate of speed. Two black males were present in the Dodge Intrepid. XXXX followed the Dodge Intrepid south onto Interstate 29, and then south on U.S. Highway 169, until a marked Missouri Highway Patrol vehicle arrived behind the silver Dodge Intrepid.

6) On December 22, 2006, SA Casey R. Brown interviewed XXXX XXXX, who resides at the Englewood Apartments, regarding the BOA robbery. XXXX advised that on instant date, he was looking out

his apartment window, watching his mother leave for work, when he observed a green pick-up truck pull into the Englewood Apartments parking lot. XXXX then observed two black males exit the green pick-up truck, and enter into a silver four door vehicle. The silver four door vehicle immediately exited the apartment complex. XXXX described the two robbers as wearing black hooded-type clothing, and as carrying trash bags.

7) On December 25, 2006, your affiant reviewed a Kansas City, Missouri Police Department (KCMOPD) report, wherein KCMOPD officer Timothy L. Griddine Sr., serial #3530, documented the KCMOPD's recovery of a silver Dodge Intrepid, Missouri license plate XXXXXX, from the rear of XXXX XXXX XXXX Street, Kansas City, Missouri, on December 22, 2006. This vehicle was located by the KCMOPD after a substantial amount of police radio broadcasts/communications, and area searches. An inquiry with the Missouri Department of Revenue identified Missouri license plate XXXXXX as being registered to Apdislan Mohamed. This KCMOPD police report also documented a specific subsequent area canvas, conducted by the KCMOPD, during which two separate witnesses, XXXX XXXX and XXXX XXXX, advised that the owner(s) of the silver Dodge Intrepid reside in apartment #X at the XXXX XXXX XXXX Street address.

Additionally, this KCMOPD report documented that the below described four individuals were all subsequently taken into custody from apartment #X concerning a 24 hour investigative hold, in connection with the BOA robbery.

A) Abdisalan A. Mohamed, DOB XXXX X, 1983, SSAN XXX-XX-XXXX.

B) Hassan-nur Mohamed, DOB XXXX X, 1982, SSAN XXX-XX-XXXX

C) XXXX XXXX, DOB XXXX X, 1976, SSAN XXX-XX-XXXX

D) XXXX X. XXXX, DOB XXXX XX, 1977, SSAN XXX-XX-XXXX

8) Your affiant is aware that a State of Missouri Search Warrant was served at XXXX XXXX XXXX Street, apartment #X, on December 22, 2006. This Search Warrant was served in conjunction with the December 22, 2006, robbery of Bank of America, 661 NW 55th Terrace, Kansas City, Missouri. The following were some of the items recovered by the KCMOPD and Federal Bureau of Investigation (FBI) during the execution of this Search Warrant:

    A) black quilted jacket, black hooded jacket, set of keys to the above Dodge Intrepid, driver's license of Abdisalan Mohamed, all of which were recovered from the southwest bedroom.

    B) dark quilted jacket, black ski mask, all of which were recovered from the northwest bedroom.

    C) camouflage backpack, two shoe boxes with $45,846 in currency, all of which was recovered from a hallway closet located between the two bedrooms.

9) Your affiant is aware that both XXXX XXXX and XXXX X. XXXX were interviewed regarding this incident. Both XXXX and XXXX advised that during the morning hours of December 22, 2006, they were in bed together in XXXX's bedroom (northwest bedroom), when Abdisalan A. Mohamed and Hassan-nur Mohamed arrived at XXXX XXXX XXXX Street, Kansas City, Missouri, apartment #X, together. XXXX specifically advised that upon their arrival at the apartment, Abdisalan A. Mohamed told him that he (Abdisalan A. Mohamed) and Hassan-nur Mohamed had done something. XXXX further advised that he and Abdisalan A. Mohamed are the only two renters of this apartment, with Abdisalan A. Mohamed living in the southwest bedroom.

10) On December 22, 2006, your affiant and KCMOPD Detective John Failer interviewed Hassan-nur H. Mohamed at the KCMOPD. Prior to the interview, Mohamed was advised of his Miranda Warning, after which he signed the waiver portion of the form. Mohamed advised the following during the interview:

    A) Mohamed and Abdisalan A. Mohamed robbed the Bank of America at 661 NW 55th Terrace, Kansas City, Missouri, on December 22, 2006, because they needed money. Mohamed identified Abdisalan A. Mohamed as the robber who went behind the BOA teller counter to collect the money, and advised that he (Mohamed) stayed in the main lobby area to control the other customers and employees throughout the robbery. Mohamed had no home, no vehicle, and lost his ability to work because his CDL license had been suspended. Mohamed has not recently had enough money to even eat.
    B) Mohamed utilized a silver/chrome .9 caliber semi-automatic handgun, which had eight rounds in the magazine and one in the "hole". Abdisalan A. Mohamed used a black .380 semi-automatic handgun, which had six rounds in the magazine and one

in the "hole". Mohamed purchased these two handguns separately, prior to the bank robbery. Mohamed also provided the back pack that Abdisalan A. Mohamed used to carry the stolen BOA money.

    C) Mohamed and Abdisalan A. Mohamed planned the BOA robbery during the late evening hours and early morning hours of December 21-22, 2006. They targeted this particular BOA because of its small size, and because of Mohamed's familiarity with the Englewood Apartment complex.

    D) Mohamed was aware that a customer or employee left the bank while he and Abdisalan A. Mohamed were robbing the BOA. At one point during the robbery, Mohamed left the building and then re-entered the bank. Mohamed and Abdisalan A. Mohamed wore dark clothing and face masks/covering during the BOA robbery. Mohamed confirmed their utilization of a green pick-up truck, which Mohamed previously acquired, to drive to the bank robbery. Immediately after the robbery, they drove to the Englewood Apartments to switch into Abdisalan A. Mohamed's vehicle, a silver Dodge Intrepid. They then drove directly to Abdisalan A. Mohamed's apartment, where they were eventually arrested. Mohamed said Abdisalan A. Mohamed disposed of the above-described two handguns into the river after the robbery. The stolen money and clothing that the two robbers wore during the BOA robbery are located in Abdisalan A. Mohamed's apartment.

    E) Mohamed provided a signed formal written statement regarding he and Abdisalan A. Mohamed's involvement in the BOA robbery. Mohamed also identified a photograph of Abdisalan A. Mohamed.

    11) XXXX X. XXXX, assistant branch manager, Bank of America, 661 NW 55th Terrace, Kansas City, Missouri, advised that the total loss to Bank of America as a result of the December 22, 2006, was approximately $45,441.

    12) Your affiant is aware that Bank of America's Federal Deposit Insurance Corporation (FDIC) number is 3510.

13) The foregoing information and evidence indicates that Abdisalan A. Mohamed and Hassan-nur H. Mohamed, on December 22, 2006, did by the use of handguns, take by force from the persons and presence of XXXX X. XXXX, XXXX XXXX, and XXXX XXXX, all employees of Bank of America, 661 NW 55th Terrace, Kansas City, Missouri, the deposits of which were then insured by the FDIC, approximately $45,846 in United States currency, belonging to and in the care, custody, control, management, and possession of such bank.

The foregoing is true and correct to the best of my information and belief.

/s/ Michael G. Mrachek
Michael G. Mrachek
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 26th day of December 2006.

/s/ John T. Maughmer
JOHN T. MAUGHMER
United States Magistrate Judge

7