IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.  : NO. 2:15-cr-002
 : JUDGE GRAHAM
HASSAN-NUR H. MOHAMED

## NOTICE OF APPEARANCE

    Douglas W. Squires, Assistant United States Attorney, hereby gives notice to the Court and to the defendant that he is entering an appearance as counsel for the United States in the above captioned case, and requests that copies of all papers filed in this action be served upon him at the following address:

Douglas W. Squires
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Douglas.Squires@usdoj.gov

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    Acting United States Attorney


    s/Douglas W. Squires
    DOUGLAS W. SQUIRES (0073524)
    Assistant United States Attorney