UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

      vs.                        Case #2:15-cr-00002-1

Hassan-Nur H. Mohamed

| **United States District Judge James L. Graham** | Date: 10/07/2016     Time: 2:00pm - 2:08pm |
|---|---|
| Denise M. Shane, Deputy Clerk | Counsel for the government: Douglas W. Squires, AUSA |
| Court Reporter: Denise Errett | Counsel for the defendant: Laura E. Byrum, Esq. |
| Law Clerk: Karen Martin | Probation Officer: LaKaisha Rayford |
| Interpreter: | |

Revocation

Evidence Entered.  Continue Case.