AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:15-cr-2 |
| Hassan-Nur H. Mohamed | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/16/2021

/s/ Jessica W. Knight
*Attorney's signature*

Jessica W. Knight (Ohio 0086615)
*Printed name and bar number*

303 Marconi Boulevard
Suite 200
Columbus, OH 43215
*Address*

jessica.knight@usdoj.gov
*E-mail address*

(614) 469-5715
*Telephone number*

(614) 469-5653
*FAX number*