Case: 2:15-cr-00002-JLG Doc #: 12 Filed: 05/05/17 Page: 1 of 2  PAGEID #: 44

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

NOV -7 2025 12:03 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hassan-Nur H. Mohamed | ) | Case No. 2:15-cr-00002-1 |
| 3124 Vista View | ) | |
| Columbus, Ohio 43231 | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Hassan-Nur H. Mohamed, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
"The defendant shall support his/her dependents and meet other family responsibilities." (See report for details)

Date: 05/05/2017

Richard Nagel, Clerk of Court
*Issuing officer's signature*

City and state: Columbus, Ohio

s/ Denise M. Shane, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/5/2017, and the person was arrested on *(date)* 10/30/2025
at *(city and state)* Albany, NY

Date: 10/30/2025

*Arresting officer's signature*

SDUSM Daniel Gado
*Printed name and title*