United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

**Hassan-Nur H. Mohamed**  Case No. 2:15-cr-002-1

## COURTROOM MINUTES
### Revocation Hearing

| U.S. District Judge James L. Graham | | Date:   12/22/25 @ | 10:13 a.m. – 10:54 a.m. |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | Timothy D. Prichard |
| **Court Reporter** | Allison Kimmell | **Counsel for Deft(s):** | Laura E. Byrum |
| **Interpreter** | | **Pretrial/Probation:** | Dale Johnson |
| **Log In** | n/a | **Log Out** | n/a |

9 months on Cts. 2 & 3 consecutive to sentence imposed in case #8:25-cr-00255-001, an additional 4 years supervised release, same conditions
FCI Elkton, OH