# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| United States of America | : | Case No. 2:15-cr-00002 |
| v. | : | Judge Graham |
| Hassan-Nur Mohamed, | : |  |
| Defendant. | : |  |

## ORDER

This matter came before the Court on December 22, 2025, for a hearing regarding allegations that Defendant Hassan-Nur Mohamed violated the terms of his Supervised Release, as set forth in the Supervised Release Violation Report, submitted May 3, 2017. A supplemental violation report was submitted on October 30, 2025. Thereupon, the Defendant admitted to the violations alleged in the report. The Court found that the highest-grade violation is Grade B.

Having conducted an individualized assessment of the Defendant, the Court finds that revocation is appropriate. Therefore, the Court **ORDERS** that Defendant Mohamed's term of Supervised Release be **REVOKED**, and that Defendant Mohamed be sentenced to a term of incarceration of nine (9) months, to be served to consecutively to the sentence imposed in case number 8:25CR00255 in the Northern District of New York, to be followed by a reimposed term of supervised release of four (4) years. The Court **RECOMMENDS** that the Defendant serve his sentence at the Federal Correctional Institution at Elkton.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 22, 2025

[1]