# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:15-cr-00002 |
| vs. | : | JUDGE GRAHAM |
| HASSAN-NUR MOHAMED, | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Hassan-Nur Mohamed, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order (Doc. #19) entered in this action on December 22, 2025.

        Respectfully submitted,

        JOSEPH MEDICI
        FEDERAL PUBLIC DEFENDER

        /s/ Laura E. Byrum
        Laura E. Byrum (VA 48150)
        Assistant Federal Public Defender
        10 West Broad Street, Suite 1020
        Columbus, Ohio 43215-3469
        Telephone: (614) 469-2999
        Facsimile: (614) 469-5999
        Laura_byrum@fd.org

        Attorney for Defendant
        Hassan-Nur Mohamed

        .

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

>*/s/* Laura E. Byrum
>Laura E. Byrum
>Assistant Federal Public Defender